**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JONES LANG LASALLE AMERICAS, INC.,** | ) | |
| | ) | |
| **Plaintiff/Counter-Defendant,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 4:25-cv-282-MTS** |
| | ) | |
| **270B HOLDINGS LLC, aka 270B METROPOLITAN SQUARE LLC,** | ) | |
| | ) | |
| **Defendant/Counter-Plaintiff.** | ) | |
| | ) | |

## JOINT MOTION TO EXTEND DEADLINES

Plaintiff Jones Lang LaSalle Americas, Inc. ("Plaintiff") and Defendant 270B Holdings LLC, aka 270B Metropolitan Square LLC ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, respectfully submit this Joint Motion to extend by sixty (60) days the deadlines set forth in Sections I.3.(b) through I.3.(g) and I.5 of the Second Amended Case Management Order (Doc. 47) (the "CMO"). In support, the Parties state as follows:

1.      The CMO currently provides that: (a) Plaintiff shall designate expert witnesses and provide Rule 26(a)(2) reports no later than June 19, 2026, and complete depositions of Plaintiff's experts no later than July 20, 2026; (b) Defendant shall designate expert witnesses and provide Rule 26(a)(2) reports no later than August 19, 2026, and complete depositions of Defendant's experts no later than September 21, 2026; (c) all discovery shall be completed no later than September 24, 2026; (d) absent a showing of excusable neglect, no discovery dispute may be raised with the Court after October 1, 2026; and (e) any dispositive motions or motions to exclude testimony pursuant to Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993), or Kumho Tire Co., Ltd. v. Carmichael, 526 U.S. 137 (1999), must be filed no later than December 2, 2026. (CMO §§ I.3.(b)–(g), I.5).

1

2.    Good cause exists for the requested extension. The Parties remain engaged in ongoing discussions aimed at resolving the issues in dispute and potentially resolving matters without further litigation, and the requested extension will allow the Parties additional time to continue those efforts, which may conserve party and judicial resources.

3.    This requested extension is limited to the deadlines in CMO §§ I.3.(b)–(g) and I.5. All other dates and provisions of the CMO remain unchanged unless otherwise ordered by the Court.

4.    Accordingly, the Parties respectfully request that the CMO be amended as follows:

a.    Section I.3.(b): Plaintiff's expert disclosures/reports due August 18, 2026, and Plaintiff's expert depositions completed by September 18, 2026;

b.    Section I.3.(c): Defendant's expert disclosures/reports due October 19, 2026, and Defendant's expert depositions completed by November 20, 2026;

c.    Section I.3.(f): All discovery completed by November 23, 2026;

d.    Section I.3.(g): Absent a showing of excusable neglect, no discovery dispute may be raised with the Court after November 30, 2026; and

e.    Section I.5: Any dispositive motions or motions to exclude testimony pursuant to Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993), or Kumho Tire Co., Ltd. v. Carmichael, 526 U.S. 137 (1999), must be filed no later than February 1, 2027.

**WHEREFORE**, the Parties respectfully request that the Court amend the Second Amended Case Management Order to extend the deadlines in Sections I.3.(b) through I.3.(g) and I.5 as set forth above, and grant such other and further relief as the Court deems just and proper.

Dated: June 18, 2026                    Respectfully submitted,


SHOOK, HARDY & BACON L.L.P.


By: */s/ Kayla Solomon*
Kayla Solomon, #73023 (MO)
190 Carondelet Plaza, Suite 1350
St. Louis, MO 63105
P: (314) 690-0200
F: (314) 690-0249
ksolomon@shb.com

*Attorney for Plaintiff Jones Lang LaSalle
Americas, Inc.*

and

FOX SWIBEL LEVIN & CARROLL L.L.P.


By: */s/ Madelyn Peterson*
Madelyn Peterson
*Admitted Pro Hac Vice*
200 W. Madison St, Suite 3000
Chicago, IL 60610
P: (312) 224-1200
mpeterson@foxswibel.com

*Attorney for Defendant/Counter-Plaintiff 270B
Metropolitan Square LLC*


3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 18th day of June 2026, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

By: */s/ Kayla Solomon*

*Attorney for Plaintiff Jones Lang LaSalle Americas, Inc.*

4